UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/08

----------------------------------------X

IVY WILLIAMS,

        Plaintiff,

  -against-

NYCHA AND HUD,

        Defendants.

----------------------------------------X

ORDER

07 Civ. 7587 (RJS)

**RICHARD J. SULLLIVAN, United States District Judge**

    By application filed with this Court on August 27, 2007, plaintiff sought to proceed *in forma pauperis*. As plaintiff's application to proceed *in forma pauperis* has never been ruled upon, I hereby GRANT plaintiff leave to proceed *in forma pauperis* for this action. See 28 U.S.C. §§ 1915(a), 1921(a)(1)(A). The *Pro Se* Office is directed to forward to plaintiff the necessary materials to enable the United States Marshals Service to serve the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. Plaintiff is directed to complete the USM-285 forms and forward the materials to the United States Marshal Service within 120 days of the date of the summons in this action.

    IT IS SO ORDERED.

                                                                   RICHARD J. SULLLIVAN
                                                                   United States District Judge

Dated: Jan. 25, 2008
        New York, New York