```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVY WILLIAMS,

               Plaintiff,

-v-

NYCHA, HUD,

               Defendants.

No. 07 Civ. 7587 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

Plaintiff Ivy Williams filed her amended complaint in this action on October 30, 2007, alleging that the conditions of her housing violated, *inter alia*, the Fair Housing Act as amended by the Fair Housing Amendments Act, 42 U.S.C. §§ 3601-3631, and Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12131-12165. By application of April 17, 2008, Plaintiff moves for this Court to order defendants to show cause why they should not be enjoined to "stop harassment," "stop [a] civil court case," and "remove dead rats" from Plaintiff's apartment building. (Pl.'s Aff. of April 17, 2008.) Defendants have not yet appeared in this action.

Plaintiff is hereby ORDERED to serve a copy of (1) this Order, (2) the proposed Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order, and (3) the supporting Affidavit/Affirmation and the attached supporting documents on the defendants, no later than 5 o'clock in the afternoon on April 28, 2008.

Plaintiff is further ORDERED to file proof of service with the Pro Se Office no later than 5 o'clock in the afternoon on April 28, 2008.

Defendants are hereby ORDERED to respond to the order to show cause by letter, due to chambers no later than 5 o'clock in the afternoon on May 5, 2008.

Defendants are further ORDERED to serve a copy of their letter on Plaintiff, no later than 5 o'clock in the afternoon on May 5, 2008.

SO ORDERED.

Dated: April 18, 2008
       New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE