UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IVY WILLIAMS,

                Plaintiff,

        -against-

NYCHA, HUD,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 07 Civ. 7587 (RJS)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that defendant New York City Housing Authority will be represented in this matter by its attorney, Ricardo Elias Morales, General Counsel, New York City Housing Authority, Samuel Veytsman, Of Counsel.

Dated: New York, New York
       April 22, 2008

                                  RICARDO ELIAS MORALES
                                  General Counsel
                                  New York City Housing Authority
                                  Attorney for Defendant NYCHA
                                  250 Broadway, 9th Floor
                                  New York, New York 10007
                                  Tel. No.: (212) 776-5033
                                  Fax. No.: (212) 776-5006

                   By:              /s/
                                Samuel Veytsman (SV-9511)