

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
250 BROADWAY• NEW YORK, NY 10007

NEW YORK CITY
HOUSING
AUTHORITY

http:/nyc.gov/nycha

**TINO HERNANDEZ**
CHAIRMAN
**EARL ANDREWS, JR.**
VICE-CHAIRMAN
**MARGARITA LÓPEZ**
MEMBER
**VILMA HUERTAS**
SECRETARY
**DOUGLAS APPLE**
GENERAL MANAGER
**Ricardo Elias Morales**
General Counsel



WRITER'S DIRECT LINE
(212) 776-5033

June 25, 2008

**By Hand**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

     Re: Ivy Williams v. NYCHA and HUD
       Civil Action No. 07-7587 (RJS)

Dear Judge Sullivan:

  This office represents defendant New York City Housing Authority ("NYCHA") in the above-referenced matter. I write on behalf of both NYCHA and Defendant U.S. Department of Housing and Urban Development ("HUD") to request an extension of time for both defendants to file their respective motions to dismiss. Plaintiff consents to defendants' request.

  Defendants' motions to dismiss are currently due on June 30, 2008 and Plaintiff's opposition thereto is currently due on July 31, 2008. It would be extremely difficult for this office to submit our papers within this schedule insofar as I just returned from a two-week absence from the office and am addressing work accumulated during my absence. Similarly, it would be extremely difficult for HUD to comply with this schedule inasmuch as counsel for HUD is on an expedited discovery and briefing schedule in other litigations, including multiple full-day depositions later this week. Accordingly, Defendants respectfully jointly request that their time to serve and file their motions to dismiss be extended to August 8, 2008 and for Plaintiff's time to oppose said motions be extended to September 8, 2008.

Plaintiff has consented to thus extending the parties' time to file their motion papers.

If the Court has any questions, I may be reached at (212) 776-5033 and Ms. Tomoko Onozawa, counsel for defendant HUD, may be reached at (212) 637-2721. Defendants thank this Court for its consideration.

Respectfully submitted,

*Sam Veytsman*
Samuel Veytsman (SV 9511)

cc: Ivy Williams (by regular mail)
Tomoko Onozawa, Esq. (by regular mail)

---

*Handwritten order:*

Defendants' request granted. Defendants' motion to dismiss and supporting papers shall be filed by August 8, 2008; plaintiff's response shall be filed by September 8, 2008.

[Signed] Richard J. Sullivan, U.S.D.J.
6/26/08