UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IVY WILLIAMS,

          Plaintiff,

    -against-

NYCHA and HUD,

          Defendants.
------------------------------------x

No. 07 Civ. 7587 (RJS)

NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the Declarations of Michael Wyands and Samuel Veytsman in Support of Defendant NYCHA's Motion to Dismiss the Amended Complaint, dated August 8, 2008, and the exhibits annexed thereto, and Defendant New York City Housing Authority's Memorandum of Law in Support of It's Motion to Dismiss the Amended Complaint, dated August 8, 2008, Local Rule 12.1 Notice to Pro Se Litigant Who Opposes a Rule 12 Motion Supported by Matters Outside the Pleadings, and all other pleadings and proceedings had herein, Defendant New York City Housing Authority will move this Court before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be designated by the Court, for an order pursuant to Rules 8 and 12(b) of the of the Federal Rules of Civil Procedure dismissing the Amended Complaint filed in this action with prejudice on the grounds that the Amended Complaint fails to provide a short and plain statement of the claims, is time barred in part or in whole, and fails to state a claim upon which relief may be granted, and granting such other relief as to this Court deems proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with District Judge Richard J. Sullivan's Order dated June 26, 2008, a copy of any papers in opposition to this motion shall be served on Defendants at the addresses stated below no later than September 8, 2008.

Dated: New York, New York
       August 12, 2008

                                        RICARDO ELIAS MORALES
                                        General Counsel
                                        New York City Housing Authority
                                        Attorney for Defendant NYCHA
                                        250 Broadway, 9th Floor
                                        New York, New York 10007
                                        (212) 776-5033

                                        By: _____
                                            Samuel Veytsman (SV-9511)

TO:   IVY WILLIAMS
      Plaintiff Pro Se
      140 West 104th Street, Apt # 14A
      New York, New York 10025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IVY WILLIAMS,                                                    No. 07 Civ. 7587 (RJS)

               Plaintiff,

  - against -

NYCHA and HUD,

               Defendants.

---

## NOTICE TO MOTION

---

RICARDO ELIAS MORALES
General Counsel
New York City Housing Authority
Attorney for Defendants
250 Broadway, 9th Floor
New York, New York 10007
(212) 776-5033


Donna M. Murphy,
Samuel Veytsman,
Of Counsel