# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
: SS.:
COUNTY OF NEW YORK)

I, **Maria Vigario**, being duly sworn, depose and say: I am not a party to this proceeding, I am over EIGHTEEN (18) years of age and I am employed by the New York City Housing Authority at 250 Broadway, New York, New York 10007. On August 12, 2008, I served the within **Notice of Motion, Notice to Pro Se Litigant who Opposes a Rule 12 Motion Supported by Matters outside the Pleadings, Declaration of Samuel Veytsman and Michael Wyands in Support of Defendant NYCHA's Motion to Dismiss the Amended Complaint and Defendant New York City Housing Authority's Memorandum of Law in Support of its Motion to Dismiss the Amended Complaint** upon:

> Ivy Williams
> 140 West 104th Street, Apt. #14A
> New York, New York 10025
> and
> Department of Housing and Urban Development
> 86 Chambers Street, Third Floor
> New York, New York 10007
> Attn: Tomoko Onozawa

by placing a true copy of these papers in a postage paid properly addressed envelope, addressed as set forth above, and depositing it in a receptacle under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Maria Vigario

Sworn to before me this
12th day of August, 2008

_____
NOTARY PUBLIC

DONNA M MURPHY
Notary Public - State of New York
No. 02MU6144590
Qualified in New York County
Commission Expires April 24, 20_10_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IVY WILLIAMS,                                        No. 07 Civ. 7587 (RJS)

                Plaintiff,

     - against -

NYCHA and HUD,

                Defendants.

---

**AFFIDAVIT OF SERVICE BY MAIL**

---

RICARDO ELIAS MORALES
General Counsel
New York City Housing Authority
Attorney for Defendants
250 Broadway, 9th Floor
New York, New York 10007
(212) 776-5033

Donna M. Murphy,
Samuel Veytsman,
Of Counsel