

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
250 BROADWAY• NEW YORK, NY 10007

http:/nyc.gov/nycha

NEW YORK CITY
**HOUSING AUTHORITY**

**TINO HERNANDEZ**
CHAIRMAN
**EARL ANDREWS, JR.**
VICE-CHAIRMAN
**MARGARITA LÓPEZ**
MEMBER
**VILMA HUERTAS**
SECRETARY
**DOUGLAS APPLE**
GENERAL MANAGER
**Ricardo Elias Morales**
General Counsel



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

WRITER'S DIRECT LINE
(212) 776-5033

August 7, 2008

**By Hand**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

      Re:    Ivy Williams v. NYCHA and HUD
                Civil Action No. 07-7587 (RJS)

Dear Judge Sullivan:

      This office represents defendant New York City Housing Authority ("NYCHA") in the above-referenced matter. NYCHA has moved to dismiss the amended complaint in this matter. Pursuant to the Court's Endorsement dated June 26, 2008, NYCHA's motion papers are due to be served on Friday, August 8, 2008.

      NYCHA has prepared its motion papers. However, a declarant has unexpectedly become unavailable until Tuesday, August 12, 2008. Accordingly, NYCHA respectfully requests that the Court extend NYCHA's time to serve motion papers until and including August 12, 2008. Counsel for defendant HUD consents to the proposed extension. NYCHA has been unable to reach Plaintiff to obtain her position on the proposed extension. NYCHA thanks the Court for its consideration.

      Respectfully submitted,

      Samuel Veytsman (SV 9511)

**SO ORDERED**
Dated: 8/8/08
RICHARD J. SULLIVAN
U.S.D.J.

cc:    Ivy Williams (by regular mail)    Tomoko Onozawa, Esq. (by regular mail)
       140 West 104th Street, #14A        U.S. Department of Justice
       New York, New York 10025         88 Chambers Street, Third Floor
       *Plaintiff Pro Se*                       New York, New York 10007
                                                  *Counsel for HUD*

MICROFILMED AUG 19 2008 -12 00 PM